United States District Court
Southern District of Texas

| | | |
|---|---|---|
| Diamond Services Corporation,<br>    *Plaintiff* | § § § § | Civil Action No. 4:22-cv-02117 |
| v. | § § | |
| Curtin Maritime Corp.; Dep't of Homeland Security; National Vessel Documentation Center; U.S. Coast Guard; United States of America; Commandant, United States Coast Guard Linda L. Fagan; and Port of Houston Authority,<br>    *Defendants.* | § § § § § § § § § § § | |

## Defendant Port of Houston Authority's
## Notice of Appearance of Kelsi White

Please take notice that the following attorney is entering an appearance for Port of Houston Authority of Harris County, Texas: Kelsi White, State Bar No. 24098466, Fed. ID 2995914, of AHMAD, ZAVITSANOS & MENSING P.C., (713) 655-1101, and (713) 655-0062 (Facsimile). Ms. White is currently admitted to practice in the Southern District of Texas and will appear as co-counsel for Plaintiff in this matter.

Please send copies of all notices, correspondence, or communications of any kind regarding the above-styled and numbered

1

cause to Kelsi White at AHMAD, ZAVITSANOS & MENSING P.C., 1221 McKinney, Suite 2500, Houston, Texas 77010.

Respectfully submitted,

AHMAD, ZAVITSANOS & MENSING, P.C.

*/s/ Kelsi S. White*
Todd W. Mensing
Attorney-in-charge
TBN 24013156
Federal ID No. 302944
tmensing@azalaw.com
Sammy Ford IV
TBN 24061331
Federal ID No. 950682
sford@azalaw.com
Kelsi S. White
TBN 24098466
Federal ID No. 2995914
kwhite@azalaw.com
Michael A. Killingsworth
TBN 24110089
Federal ID No. 3372610
mkillingsworth@azalaw.com
1221 McKinney St., Ste. 2500
Houston, TX 77010
Phone: 713-655-1101
Fax: 713-655-0062

## Certificate of Service

I certify that on August 26, 2022, a copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure through CM/ECF e-filing.

*/s/ Kelsi S. White*
Kelsi S. White