United States District Court
Southern District of Texas
**ENTERED**
March 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIAMOND SERVICES CORPORATION | § |
| | § |
| | § CIVIL ACTION NO. H: 22-2117 |
| CURTIN MARITIME CORP., *et al* | § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motions for Summary Judgment (Doc. Nos. 24, 40), response (Doc. No. 42); Defendants' Motions to Dismiss under Rule 12(6)(1) (Doc. Nos. 13, 14), responses (Doc. Nos. 25, 26) and replies (Doc. Nos. 30, 31), Federal Defendants' Motion for Summary Judgment (Doc. No. 41), response (Doc. No. 45) and reply (Doc. No. 46); and Judge Sheldon's Memorandum and Recommendation (Doc. No. 47) that the Court grant the Defendants' Motions to Dismiss and deny Plaintiff's Motions for Summary Judgment; and Plaintiff's Objections (Doc. No. 48) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No. 48) are **OVERRULED** and the Memorandum and Recommendation (Doc. No. 47) is **ADOPTED**. It is further

**ORDERED** that Plaintiff's Motions for Summary Judgment (Doc. Nos. 24, 40) are **DENIED**. Defendant Curtin Maritime Corporation's Motion to Dismiss under Rule 12(b)(1) (Doc. No. 13) is **GRANTED**. The Port of Houston Authority's Motion to Dismiss under Rule 12(b)(1) (Doc. No. 14) is **GRANTED**. The United States Coast Guard and the remaining federal defendants' Motion for Summary Judgment (Doc. No. 41) is **GRANTED**. It is further

**ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE.**

Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this _22nd_ day of March 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE